IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education, et al.,<br><br>Defendants-Appellees.<br>---------------------------------------------------------<br>STATE OF TEXAS,<br><br>Interested Party-Appellant, | No. 21-1777 |

**DEFENDANTS-APPELLEES' STATUS REPORT**

On March 17, 2022, this Court granted the government's unopposed motion to hold the above-captioned appeal in abeyance pending completion of the Department of Education's (Department) rulemaking in which the Department undertook a comprehensive review of the 2020 Final Rule, 85 Fed. Reg. 30,026 (May 19, 2020) ("2020 Rule"), which is at issue in this appeal, and which amended prior regulations to implement Title IX of the Education Amendments of 1972. The Court directed the government to file a status

report within 60 days and at 90-day intervals thereafter. Order, No. 21-1777 (1st Cir. Mar. 17, 2022).

2. On April 29, 2024, the Department's 2024 Final Rule was published in the Federal Register. *See Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33474 (April 29, 2024) ("2024 Final Rule"). The 2024 Final Rule, which amended the 2020 Final Rule, was scheduled to take effect on August 1, 2024. *See id.*

3. Following publication of the 2024 Final Rule, a number of legal challenges were filed in various district courts. Two district courts subsequently declared the 2024 Final Rule unlawful and vacated it on a nationwide basis. *See Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 4:24-cv-461, 2024 WL 3381901 (N.D. Tex. Feb. 19, 2025); *Tennessee v. Cardona*, 762 F. Supp. 3d 615 (E.D. Ky. 2025). Several non-governmental parties—including plaintiff-appellee Victim Rights Law Center—then sought to intervene in the *Carroll* and *Tennessee* actions for the purpose of defending the 2024 Final Rule on appeal. *See generally Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 25-10651 (5th Cir.); *Tennessee v. McMahon*, Nos. 25-5205/25-5206 (6th Cir.).

4. In light of the ongoing litigation regarding the 2024 Final Rule, this Court previously directed that "these appeals will remain in abeyance pending receipt of any motions and responses the parties may file." Order, No. 21-1777 (1st Cir. Aug. 1, 2024).

5. Since the government's last status report, both the *Carroll* and *Tennessee* appeals have been voluntarily dismissed by stipulation of the parties (including plaintiff-appellee Victim Rights Law Center). *See* Doc. No. 220-2, *Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 25-10651 (5th Cir. May 19, 2026); Doc. No. 52-2, *Tennessee v. McMahon*, No. 25-5205/25-5206 (6th Cir. May 13, 2026).

6. In the absence of any motion by the appellant or plaintiffs-appellees to govern future proceedings here, the government understands the above-captioned appeal to remain in abeyance under this Court's August 1, 2024, order. It will continue to file status reports on the schedule set out in this Court's March 17, 2022, order unless otherwise directed.

Respectfully submitted,

MELISSA N. PATTERSON

*s/ Gabriel I. Schonfeld*

GABRIEL I. SCHONFELD
Attorneys, Appellate Staff
Civil Division, Room 7219
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-3306

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing status report with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Counsel of record are registered CM/ECF users, and I further certify that I electronically served the foregoing status report via the CM/ECF system on August 19, 2026.

*s/ Gabriel I. Schonfeld*
Gabriel I. Schonfeld